7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DOLLY HAIM | § | |
|     Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. H-95-3539 |
| SISTERS OF CHARITY | § | |
|     Defendant. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
SEP 27 1995
Michael N. Milby, Clerk

**APPEARANCES:**

Counsel: Philip W Cottingham, Douglas B. Welmaker

Representing: Dolly Haim, St. Joseph Hospital

**DOCKET ENTRY/MEMORANDUM & ORDER:**

    On September 12, 1995, a Rule 16 Conference was held and parties requested earliest available trial date. A Scheduling Order was entered.

    Signed at Houston, Texas, this 12th day of September, 1995.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE