IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
MAR 21 1996
Michael N. Milby, Clerk

| | |
|---|---|
| DOLLY HAIM, § § Plaintiff § § VS. § SISTERS OF CHARITY OF THE § INCARNATE WORD, HOUSTON, TEXAS § d/b/a ST. JOSEPH HOSPITAL, § § Defendant § | CIVIL ACTION NO. H-95-3539 |

## ORDER

Pending before the Court in the above referenced action is Plaintiff Dolly Haim's motion for referral to mediation (instrument #12). The Court has been informed that Defendant Sisters of Charity of the Incarnate Word d/b/a St. Joseph Hospital opposes the motion. Because mediation is not binding and because this Court refers cases to mediation only when the parties agree that it might be helpful, the Court

ORDERS that the motion is DENIED.

SIGNED at Houston, Texas, this 19th day of March, 1996.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE